```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A04-0285--CV (RRB)
              "GARY GRANT V ALASKA AIR NATIONAL GUARD ET AL"

      Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 11/29/04
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs

            Origin: (1) Original Proceeding
            Demand: 500
        Filing fee: Paid $150.00 on 11/29/04 receipt # 00124583
          Trial by: Jury
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | GRANT, GARY | Daniel W. Hickey<br>Gruenstein & Hickey<br>500 L Street, Suite 401<br>Anchorage, AK 99501<br>907-258-4338 |
| DEF 1.1 | [T] ALASKA AIR NATIONAL GUARD | No counsel found for this party! |
| DEF 2.1 | [T] ROCHE, DR. JAMES G. | No counsel found for this party! |
| DEF 3.1 | [T] GRIMES, JAMES | No counsel found for this party! |
| DEF 4.1 | TEETS, PETER B. | Susan J. Lindquist<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE A04-0285--CV (RRB)
                    "GARY GRANT V ALASKA AIR NATIONAL GUARD ET AL"

                                 For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 11/29/04
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (442) Jobs

             Origin: (1) Original Proceeding
             Demand: 500
         Filing fee: Paid $150.00 on 11/29/04 receipt # 00124583
           Trial by: Jury


 Document #   Filed      Docket text
 ──────────────────────────────────────────────────────────────────────────────
     1 -  1  11/29/04   Complaint filed w/att exhs; Summons issued.

     1 -  2  11/29/04   PLF 1 Jury Demand.

     2 -  1  11/29/04   PLF 1 Attorney Appearance of D. Hickey.

     3 -  1  12/06/04   JWS Minute Order recusing himself; case is reassigned to Judge
                        Beistline; use case number A04-285 CV (RRB) on all further filings. cc:
                        cnsl, Judge Beistline

     4 -  1  02/11/05   RRB Minute Order that plf is required to take action as to failure to
                        serve.  Plf to file proofs of service so as to comply with Rule 4(m).
                        cc: cnsl

     5 -  1  02/25/05   RRB Minute Order plf is required to take action as to dismissal for
                        failure to serve.  Proof of service is due by 120 days from the filing
                        of the cmplt.  cc: cnsl

 NOTE  -  1  03/15/05   Issued: summons re: DEFs 1,3,4, US Atty & Atty Gen.

     6 -  1  03/15/05   PLF 1 Complaint (Amended) w/att exhs.

     6 -  2  03/15/05   PLF 1 Jury Demand.

     7 -  1  03/24/05   PLF 1 Return of Service Executed re: US Atty, AK Air National Guard, &
                        J. Grimes on 3/17/05;Atty Gen & P. Teets on 3/21/05.

     8 -  1  04/13/05   PLF 1 Return of Amended Service Executed  US Atty, AK Air National
                        Guard, & J. Grimes on 3/17/05;Atty Gen on 3/21/05 and Peter B. Teets
                        4/8/05.

     9 -  1  04/25/05   DEF 1; 3 Stipulation to dismiss without prejudice James Grimes and the
                        Alaska Air National Guard as defendants.

    10 -  1  04/27/05   RRB Order granting stipulation to dismiss w/out prejudice James Grimes
                        and the Alaska Air National Guard (9-1). cc: cnsl
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0285--CV (RRB)
                    "GARY GRANT V ALASKA AIR NATIONAL GUARD ET AL"

                                   For all filing dates


 Document #    Filed      Docket text

   11 -  1    05/17/05   DEF 4 Answer to Complaint.

   12 -  1    05/18/05   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this ord. cc: cnsl

   13 -  1    06/09/05   DEF 4 Unopposed motion for extension of time until 7/8/05 to file report
                         of parties planning meeting.

   14 -  1    06/10/05   RRB Order granting unopposed motion for extension of time until 7/8/05
                         to file report of parties meeting (13-1).  cc: cnsl

   15 -  1    07/08/05   DEF 4 Report re: 16(b) scheduling and planning.

   16 -  1    07/18/05   RRB Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 02/28/06; Dispositive motions deadline 03/28/06; Estimate of
                         trial 5 days. cc: cnsl

   17 -  1    09/01/05   DEF 4 motion for partial summary judgment on issue re: OFO's decision on
                         employer liability is subject to De Novo review.

   18 -  1    09/02/05   DEF 4 Errata re: DEF 4 motion for partial summary judgment on issue re:
                         OFO's decision on employer liability is subject to De Novo review
                         (17-1).

   19 -  1    09/16/05   PLF 1 Unopposed motion for extension of 30 days to file plaintiff's
                         response  to def's mot for partial sj.

   19 -  2    09/19/05   Order granting Unopposed motion for extension of 30 days to file
                         plaintiff's response to def's partial mot for sj (19-1).  cc: cnsl

   20 -  1    10/14/05   PLF 1 Unopposed motion for extension of 30 days (until 11/18/05) to
                         respond to defendant's motion for partial summary judgment.

   20 -  2    10/17/05   Order granting unopposed motion for extension of 30 days (until
                         11/18/05) to respond to defendant's motion for partial sj (20-1).  cc:
                         cnsl

   21 -  1    11/17/05   PLF 1 Third Unopposed motion for extension of time to respond to
                         defendant's motion for partial sj for until 12/19/05.

   21 -  2    11/18/05   Order granting motion Third Unopposed motion for extension of time to
                         respond to defendant's partial mot for sj until 12/19/05 (21-1).  cc:
                         cnsl
```