Daniel W. Hickey
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, Alaska 99501
Telephone: (907) 258-4338

Attorneys for Plaintiff

FILED
US DISTRICT COURT
DISTRICT OF ALASKA
2005 DEC 16 AM 11: 23
PD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY GRANT, | ) Case No. A04- 285 Civ. (RRB) |
| Plaintiff, | ) |
| vs. | ) |
| | ) **FOURTH** |
| PETER B. TEETS, ACTING | ) **NON-OPPOSED MOTION** |
| SECRETARY OF THE AIR FORCE | ) **FOR EXTENSION TO RESPOND** |
| Defendants. | ) **TO DEFENDANT'S MOTION FOR** |
| | ) **PARTIAL SUMMARY JUDGMENT** |

Plaintiff Gary Grant requests a further extension until January 31, 2006, within which to file his response to the defendant's Motion for Partial Summary Judgment on Issue Regarding Whether OFO's Decision on Employer Liability is Subject to *De Novo* Review.

This request for additional time to respond is based on counsel's inability to complete work on a response due to the unexpected relocation necessity to relocate counsel's firm's offices on relatively short notice, the unanticipated amount of time that this required, and the development of an emergency involving a principal operation of counsel's primary client, Providence Health System.

1

23

Assistant United States Attorney Susan Lindquist, counsel for defendant, has indicated that she does not oppose this motion and authorized the same to be represented to the court.

DATED this 16th day of December, 2005, at Anchorage, Alaska.

GRUENSTEIN & HICKEY
Attorneys for Plaintiff

By _____
Daniel W. Hickey, ABA 7206026

**CERTIFICATE OF SERVICE**

I CERTIFY that a copy of the foregoing was hand delivered on this 16th day of December, 2005 on:

Susan Lindquist, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney
222 W. 7th #9 Room 253
Anchorage, AK 99513

_____

**FILED**

DEC 18 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____PD_____ Deputy

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof
CLERK OF COURT
Date: 12-18-05  By: _____
Deputy Clerk

PD 12-18-05

LAW OFFICE OF
GRUENSTEIN & HICKEY
RESOLUTION PLAZA
1029 W. 3rd AVENUE, SUITE 510
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 258-4338
FAX (907) 258-4350