Daniel W. Hickey
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, Alaska 99501
Telephone: (907) 258-4338
E-mail: ghlaw3@gci.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY GRANT,<br>   Plaintiff,<br>vs.<br><br>PETER B. TEETS, ACTING<br>SECRETARY OF THE AIR FORCE<br>   Defendants. | ) Case No. A04- 285 Civ. (RRB)<br>)<br>)<br>)<br>)<br>) **NON-OPPOSED MOTION**<br>) **FOR EXTENSION TO RESPOND**<br>) **TO DEFENDANT'S MOTION FOR**<br>) **PARTIAL SUMMARY JUDGMENT** |

  Plaintiff Gary Grant requests a further two week extension, or until February 14, 2006, within which to file his response to the defendant's Motion for Partial Summary Judgment on Issue Regarding Whether OFO's Decision on Employer Liability is Subject to *De Novo* Review.

  This request for additional time to respond is based on counsel's inability to complete work on a response due to the unexpected necessity to relocate counsel's firm's offices on relatively short notice, the unanticipated amount of time that this required, and the

development of an emergency involving a principal operation of counsel's primary client, Providence Health System which is only now being resolved.

Assistant United States Attorney Susan Lindquist, counsel for defendant, has indicated that she does not oppose this motion and authorized the same to be represented to the court.

DATED this 30th day of January, 2006, at Anchorage, Alaska.

GRUENSTEIN & HICKEY
Attorneys for Plaintiff

By _____
Daniel W. Hickey, ABA 7206026
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, Alaska 99501
Telephone: (907) 258-4338

**CERTIFICATE OF SERVICE**

I CERTIFY that a copy of the
foregoing was electronically mailed
on this 30th day of January, 2006
on: Susan Lindquist, Esq.

s/dhickey

GRUENSTEIN & HICKEY
RESOLUTION PLAZA
1029 W. 3RD AVENUE, SUITE 510
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 258-4338
FAX (907) 258-4350