**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**


 GRANT   v.   TEETS 

DATE:    January 31, 2006      CASE NO.    3:04-CV-0285-RRB 


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **GRANTING EXTENSION**

=============================================================


         Plaintiff's Non-Opposed Motion for Extension to Respond

to Defendant's Motion for Partial Summary Judgment (Docket 25) is

**GRANTED**.   Plaintiff's opposition is due on or before the close of

business on **Tuesday, February 14, 2006.**


M.O. GRANTING EXTENSION