Daniel W. Hickey
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, Alaska 99501
Telephone: (907) 258-4338
E-mail: ghlaw3@gci.net
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY GRANT,<br>　　　　Plaintiff,<br>vs.<br>PETER B. TEETS, ACTING<br>SECRETARY OF THE AIR FORCE<br>　　　　Defendants. | ) Case No. A04- 285 Civ. (RRB)<br>)<br>)<br>)<br>)<br>) **NON-OPPOSED MOTION**<br>) **FOR EXTENSION TO RESPOND**<br>) **TO DEFENDANT'S MOTION FOR**<br>) **PARTIAL SUMMARY JUDGMENT** |

Plaintiff Gary Grant requests a further two week extension, or until February 28, 2006, within which to file his response to the defendant's Motion for Partial Summary Judgment on Issue Regarding Whether OFO's Decision on Employer Liability is Subject to *De Novo* Review.

This request for additional time to respond is based on counsel's inability to complete work on a response due to the development of a medical emergency involving a child of counsel's secretary which has necessitated her emergency travel with her child out-of-state and temporary absence from the office.

1

Assistant United States Attorney Susan Lindquist, counsel for defendant, has indicated that she does not oppose this motion and authorized the same to be represented to the court.

DATED this 10th day of February, 2006, at Anchorage, Alaska.

GRUENSTEIN & HICKEY
Attorneys for Plaintiff

By _____
Daniel W. Hickey, ABA #7206026
1029 W. 3rd Avenue, Suite 510
Anchorage, Alaska 99501
Telephone: (907) 258-4338
ghlaw3@gci.net

**CERTIFICATE OF SERVICE**

I CERTIFY that a copy of the foregoing was electronically mailed on this 10th day of February, 2006 on:

Susan Lindquist, Esq.

dhickey

GRUENSTEIN & HICKEY
RESOLUTION PLAZA
1029 W. 3rd AVENUE, SUITE 510
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 258-4338
FAX (907) 258-4350

2