UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>GARY GRANT</u>   v.   <u>PETER B. TEETS</u>

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                    CASE NO. <u>A04-0285 CV (RRB)</u>

<u>John W. Erickson, Jr.</u>                DATE: February 13, 2006

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
              GRANTING PLAINTIFF'S MOTION FOR EXTENSION**

     Before the Court is Plaintiff Gary Grant with a Non-Opposed Motion for Extension of Time to Respond to Defendant's Motion for Partial Summary Judgment (Docket No. 27). Inasmuch as the motion is unopposed, it is hereby **GRANTED**.

ORDER REGARDING PLAINTIFF'S MOTION FOR EXTENSION OF TIME