DEBORAH M. SMITH
Acting United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY GRANT,<br><br>          Plaintiff,<br><br>     v.<br><br>PETER B. TEETS, ACTING SECRETARY OF THE AIR FORCE<br><br>          Defendant. | Case No. 3:04-cv-285-RRB<br><br>**UNITED STATES' NOTICE OF ADDITIONAL AUTHORITY** |

    Defendant, through counsel, notifies the Court it is submitting additional authority to supplement the Partial Motion for Summary Judgment filed on September 1, 2005, Docket No. 17.  The additional authority is entitled *Laber v. Harvey*, No. 04-2132, slip op. (4th Cir. Feb. 16, 2006), hereby attached.

Laber at *12 is relevant to the government's argument on pages 18-19 of its motion.

Respectfully submitted, on February 22, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2006,
a copy of the foregoing Notice of Additional
Authority was served electronically on

Daniel W. Hickey
Gruenstein & Hickey
1029 W. 3rd, Suite 150
Anchorage, AK 99501

s/ Susan J. Lindquist