DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY GRANT,<br><br>    Plaintiff,<br><br> v.<br><br>PETER B. TEETS, ACTING SECRETARY OF THE AIR FORCE,<br><br>    Defendant. | Case No. 3:04-cv-285-RRB<br><br>**NON-OPPOSED MOTION FOR AN EXTENSION OF TIME**<br>**FOR DISCOVERY DEADLINES** |

  Defendant, through counsel, moves unopposed for an extension of time for all the deadlines in this case due to the unavoidable delay in fully briefing the government's pending motion for partial summary judgment.  The parties propose the following deadlines:

June 16, 2006          Final revised witness list

July 16, 2006          All discovery completed

August 31, 2006        Discovery motions, dispositive motions and motions in limine

Both attorneys discussed the issue and agreed that they needed an extension greater than two (2) months to allow for motion practice and possible settlement discussions.  The government has lodged an order for the Court's use.

Respectfully submitted, on February 22, 2006.

TIMOTHY M. BURGESS
United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**
I hereby certify that on February 22, 2006,
a copy of the foregoing Non-Opposition Motion
for Extension of Time for Discovery Deadlines
was served electronically on:

Daniel W. Hickey


s/ Susan J. Lindquist