IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY GRANT,<br><br>Plaintiff,<br><br>v.<br><br>PETER B. TEETS, ACTING SECRETARY OF THE AIR FORCE,<br><br>Defendant. | Case No. 3:04-cv-285-RRB<br><br>**ORDER FOR EXTENSION OF TIME FOR DISCOVERY DEADLINES** |

Based upon the Non-Opposition to Extension of Time filed in this matter, and sufficient reason being shown, it is ordered that the discovery deadlines set forth in the Scheduling and Planning Order shall be extended as follows:

June 16, 2006      Final revised witness list

July 16, 2006      All discovery completed

August 31, 2006    Discovery motions, dispositive motions and motions in limine

2/23/06
(DATE)

RALPH R. BEISTLINE
United States District Court Judge