Daniel W. Hickey
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, Alaska 99501
Telephone: (907) 258-4338
E-mail: ghlaw3@gci.net
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY GRANT,<br>       Plaintiff,<br>vs.<br><br>PETER B. TEETS, ACTING<br>SECRETARY OF THE AIR FORCE<br>       Defendant. | ) Case No. A04- 285 Civ. (RRB)<br>)<br>)<br>)<br>)    [PROPOSED)<br>) ORDER ON NON-OPPOSED MOTION<br>) FOR EXTENSION TO RESPOND<br>) TO DEFENDANT'S MOTION FOR<br>) PARTIAL SUMMARY JUDGMENT |

Based on plaintiff's Non-opposed Motion for an Extension to Respond to Defendant's Motion for Partial Summary Judgment;

IT IS HEREBY ORDERED that Plaintiff's opposition is due on or before March 14, 2006.

DATED this _____ day of _____, 2006.

 

_____
RALPH R. BEISTLINE
United States District Court Judge

1

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was electronically mailed on this 27th day of February, 2006 on:

Susan Lindquist, Esq. and
e-mailed to BeistlineProposedOrders@akd.uscourts.gov

dhickey

GRUENSTEIN & HICKEY
RESOLUTION PLAZA
1029 W. 3rd AVENUE, SUITE 510
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 258-4338
FAX (907) 258-4350