Daniel W. Hickey
GRUENSTEIN & HICKEY
Resolution Plaza
1029 W. 3rd Avenue, Suite 510
Anchorage, Alaska 99501
Telephone: (907) 258-4338
E-mail: ghlaw3@gci.net
Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY GRANT,<br>　　　　　Plaintiff,<br>vs.<br><br>PETER B. TEETS, ACTING<br>SECRETARY OF THE AIR FORCE<br>　　　　　Defendant. | ) Case No. A04- 285 Civ. (RRB)<br>)<br>)<br>)<br>)<br>) ORDER ON NON-OPPOSED MOTION<br>) FOR EXTENSION TO RESPOND<br>) TO DEFENDANT'S MOTION FOR<br>) PARTIAL SUMMARY JUDGMENT |

Based on plaintiff's Non-opposed Motion for an Extension to Respond to Defendant's Motion for Partial Summary Judgment;

IT IS HEREBY ORDERED that Plaintiff's opposition is due on or before March 14, 2006.

DATED this 28 day of February, 2006.

　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　United States District Court Judge

1