DEBORAH M. SMITH
Acting United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY GRANT,<br><br>          Plaintiff,<br><br>   v.<br><br>PETER B. TEETS, ACTING SECRETARY OF THE AIR FORCE<br><br>          Defendant. | Case No. 3:04-cv-285-RRB<br><br><br>NOTICE OF SETTLEMENT |

The Defendant, through counsel, notifies the Court that this case has settled. The government asks for 45 days before a party is required to report to the Court about the status of the case, or file closing papers.

Respectfully submitted, on March 16, 2006.

TIMOTHY M. BURGESS
United States Attorney

s/ Susan J. Lindquist
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2006,
a copy of the foregoing Notice of Settlement
was served on:

Daniel W. Hickey

s/ Susan J. Lindquist