DEBORAH M. SMITH
Acting United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY GRANT,<br><br>            Plaintiff,<br><br>    v.<br><br>PETER B. TEETS, ACTING SECRETARY OF THE AIR FORCE<br><br>            Defendant. | Case No. 3:04-cv-285-RRB<br><br>**STATUS REPORT** |

  The Defendant, through counsel, notifies the Court that a settlement agreement has been signed in this case, but payment of the settlement has not been completed as of this date.  The government asks for six (6) weeks before a party is required to report to the Court about the status of the case, or file closing papers.

Respectfully submitted, on May 1, 2006.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Susan J. Lindquist
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3378
>Fax: (907) 271-2344
>E-mail: susan.lindquist@usdoj.gov
>AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2006, a copy of the foregoing Status Report was served on:

Daniel W. Hickey

s/ Susan J. Lindquist