IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY GRANT,<br><br>   Plaintiff,<br><br>  v.<br><br>PETER B. TEETS, ACTING SECRETARY OF THE AIR FORCE,<br><br>   Defendant. | Case No. 3:04-cv-285-RRB<br><br>**[PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE STATUS REPORT OR CLOSE FILE** |

  Based upon the Status Report filed in this matter, and sufficient reason being shown, it is ordered that the parties shall file a status report by June 12, 2006, or file closing papers.

_____    _____
  (DATE)         RALPH R. BEISTLINE
               United States District Court Judge