IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY GRANT,<br><br>Plaintiff,<br><br>v.<br><br>PETER B. TEETS, ACTING<br>SECRETARY OF THE AIR FORCE,<br><br>Defendant. | Case No. 3:04-cv-285-RRB<br><br>[~~PROPOSED~~] ORDER FOR<br>EXTENSION OF TIME TO<br>FILE STATUS REPORT OR<br>CLOSE FILE |

Based upon the Status Report filed in this matter, and sufficient reason being shown, it is ordered that the parties shall file a status report by June 12, 2006, or file closing papers.

May 1, 2006
(DATE)

RALPH R. BEISTLINE
United States District Court Judge