Daniel W. Hickey
GRUENSTEIN & HICKEY
500 L Street, Suite 401
Anchorage, Alaska 99501
Telephone: (907) 258-4338
Facsimile: (907) 258-4350
ghlaw3@gci.net

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY GRANT, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 3:04-cv-285-RRB |
| ) | |
| PETER B. TEETS, ACTING ) | |
| SECRETARY OF THE AIR FORCE ) | **STATUS REPORT** |
| Defendant. ) | |
| ) | |

Plaintiff, through counsel, notifies the Court that payment of the settlement amount is now complete as of this date. A Stipulation for Dismissal is being submitted today for Assistant United States Attorney Susan Lindquist to concur in and file with the court after her return to her office on or about June 14, 2006.

Respectfully submitted, on June 12, 2006.

GRUENSTEIN & HICKEY
Attorneys for Plaintiff

By: s/ Daniel W. Hickey
    Daniel W. Hickey, ABA 7206026

**Certificate of Service**

I hereby certify that on May 1, 2006, a copy of the foregoing **STATUS REPORT** was served on:

Susan J. Lindquist
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567

s/ Daniel W. Hickey