Daniel W. Hickey
GRUENSTEIN & HICKEY
500 L Street, Suite 401
Anchorage, Alaska 99501
Telephone: (907) 258-4338
Facsimile: (907) 258-4350
ghlaw3@gci.net

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY GRANT, <br>           Plaintiff, <br> vs. <br> PETER B. TEETS, ACTING <br> SECRETARY OF THE AIR FORCE <br>           Defendant. | ) <br> ) <br> ) Case No. 3:04-cv-285-RRB <br> ) <br> ) <br> ) **STIPULATION FOR DISMISSAL** <br> ) **WITH PREJUDICE** <br> ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) the parties, through their

respective counsel of record, stipulate and agree to the dismissal of the above-captioned case

in its entirety, with prejudice, each party to bear its own costs and fees.

A proposed Order of Dismissal is submitted herewith.

GRUENSTEIN & HICKEY                 DEBORAH M. SMITH
Attorneys for Plaintiff                 Acting United States Attorney


By: _____        By: _____
Daniel W. Hickey                        Susan J. Lindquist
ABA 7206026                             ABA 9008053

Date: June 12, 2006                     Date: June 21, 2006

GRUENSTEIN & HICKEY
RESOLUTION PLAZA
1029 W. 3RD AVENUE, SUITE 510
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 258-4338
FAX (907) 258-4350