IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY GRANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PETER B. TEETS, ACTING SECRETARY OF THE AIR FORCE,<br><br>　　　　Defendant. | Case No. 3:04-cv-285-RRB<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

Based on the Stipulation for Dismissal with Prejudice submitted by the parties hereto, and sufficient reason being shown, it is ORDERED that this cause is dismissed in its entirety with prejudice, with each party bearing its own fees and costs.

_____   _____
　　　(DATE)　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　United States District Court Judge